**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

FILED 22 OCT '19 14:52 USDC-ORP

---

UNITED STATES OF AMERICA *ex rel.*
Kathy Onwezen, and **KATHY ONWEZEN**, individually,

        Plaintiffs,

v.

**GRANDE RONDE HOSPITAL, GRANDE RONDE HOSPITAL CARDIOLOGY CLINIC, ST. JUDE MEDICAL, INC., ABBOTT LABORATORIES, BIOTRONIK, INC., EMILIA ARDEN, M.D., NORMA CORRADO, and SHAUNE HUDSON,**

        Defendants.

DOCKET NO. 3:18-cv-01756

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

---

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Relator Kathy Onwezen hereby files this Notice voluntarily dismissing all her claims in this Action without prejudice.

Dated: October 22, 2019

        Respectfully submitted,

**BROWN, LLC**

*/s/ Jason T. Brown*
Jason T. Brown
   (*pro hac vice* application forthcoming)
Benjamin Lin
   (*pro hac vice* application forthcoming)
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000 (office)
(855) 582-5297 (fax)
*jtb@jtblawgroup.com*
*ben.lin@jtblawgroup.com*

**CAMBRELENG LAW LLC**

*/s/ Rebecca Cambreleng*
Rebecca Cambreleng
1834 SW 58th Avenue, Suite 200
Portland, OR 97221
(503) 293-5770
*rebecca@employmentlaw-nw.com*

**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2019, I caused a true copy of the above Notice to be served upon the following:

*by email, to*

Gillian Bunker
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
*gillian.bunker@usdoj.gov*

                                                   /s/ Jason T. Brown
                                                      Jason T. Brown