UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Kathy Onwezen, and KATHY ONWEZEN, individually,<br><br>      Plaintiff-Relator,<br><br>v.<br><br>GRANDE RONDE HOSPITAL, GRANDE RONDE HOSPITAL CARDIOLOGY CLINIC, ST. JUDE MEDICAL, INC.; ABBOTT LABORATORIES, BIOTRONIK, INC., EMILIA ARDEN, M.D., NORMA CORRADO, and SHAUNE HUDSON,<br><br>      Defendant. | Case No.: 3:18-cv-01756-SI<br><br>ORDER |

The Relator, KATHY ONWEZEN, having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator KATHY ONWEZEN and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

DATED this _____ day of _____, 2019.

_____
MICHAEL H. SIMON
United States District Judge

Submitted by:

BILLY J. WILLIAMS
United States Attorney

_____
**GILLIAN L. BUNKER, OSB #062870**
Assistant United States Attorney